Jesus Torres
DIN 24B0433

May 8th, 2024
District Court

24cv 411

Jesus Torres v. Department of Social Services

Hello I requested information on this case and would like to move ~~fore~~ (JT) forward. Please send me all paper work thank you.

RECEIVED
SDNY PRO SE OFFICE
2024 MAY 15 AM 10:21